# The United States District Court For The Southern District of Texas

Abner L. Washington aka:
Abdullah Taliyb Ansar Alamiyn
And all Muslims Affected, et. al., Plaintiff,

No. _____

V.

Major Kent Davis, Area Commander;
Major Melony Davis Asst Area Commander;
Gerald Eckert, Director; and Roy Ortega,
The Salvation Army - Houston, Texas, et. al.,
Defendents

## Civil Rights Complaint With A Jury Demand

### 1. Introduction

This is a civil rights action filed by Abner L. Washington (Aka: Abdullah Taliyb Ansar Alamiyn) a Sunni-Muslim, and a Citizen of the city of Houston, and the State of Texas, For damages and injunctive relief under 42 U.S.C. Sec. 1983 and 42 U.S.C Sec. 2000, et. seq. The Religious Land Use Institutionalized Person Act. Alleging Religious Discrimination, The Denial and Deprivation of the Right to practice One's own Religious Faith (Islam) while being forced to adhere to a Faith-base Homeless and Recovery Program as a Residential Client at the Salvation Army, adhering to the Christian-faith only.

-1-

II. Parties

1) The Plaintiff Abner L. Washington is an Islamic Imam (aka Chaplain or Coordinator) residing in an impatient Homeless-Recovery and Faith-base program at the Salvation Army 2407 N. Main, Houston, Tx 77009

2) The Defendant Kent Davis, is the Area Commander for the Salvation Army Houston Area his Address is the Salvation Army Harbor Light Center and Red Shield Lodge. P.O. Box 8849, Houston, Texas 77249 (2407 N. Main St. 77009)

3) The Defendant Melony Davis, Asst Area Commander for the Salvation Army Habor Light Center and Red Shield Lodge, P.O. Box 8849, Houston, Texas 77249 (2407 N. Main St 77002)

4) Gerald Fekert, Director, Salvation Army Harbor Light Center and Red Shield Lodge P.O. Box 8849, Houston, Tx 77249

5) Ray Ortega Defendant Administrator Intake and Program Facilitator at the Salvation Army Habor Light, 2407 N. Main St. Houston, Tx 77002

-2-

### III Jurisdiction

1. The Court has jurisdiction over the plaintiff's claims of violation of Federal Constitutional rights under 42 U.S.C. Sec. 1983 and 42 U.S.C. Sec. 2000, et. seq., and 42 U.S.C. sec(s). 1331 and 1343;

2. This Court has supplemental jurisdiction over the plaintiff's claims and State law tort claims under 28 U.S.C. sec. 1367;

### IV Statement of Facts

1. The Plaintiff Abner Leonard Washington (aka) Abdullah Talib Ansar Alamyn, is a black muslim American born naturalized in the city of Houston, Texas;

2) The Plaintiff is a parolee, homeless and struggles with addiction to namely Cocaine (crack) while the plaintiff has been drug free for approximately one (1), upon release from the TDCJ-CID Intermediate Sanction Facility (ISF) May 16, 2018, Plaintiff was forced to seek shelter at the Salvation Army and enrolled in the Homeless Drug Recovery program which is a faith-base program;

3) The Defendants Executives and Administrators of the Salvation Army receive Federal Funds for the Homeless Drug Recovery Program and other programs services to and for the Homeless and Drug Addicted citizens of Houston, Texas

-3-

4) Plaintiff also alleges claims against the Star Hope Christian-faith-base Homeless Drug Recovery Program and any all allegedly Christian faith-base program that principally receives and operates off of federal funding, and alleges a claim of 1) Discrimination primarily against the adherents of Al Islam, namely; Sunni Muslims who do not deify Jesus Christ as God or the Son of God, which is blasphemous;

5) Plaintiff alleges that the Defendants named herein disparage his right and the rights of all muslims to practice the monotheist religion of worshipping the One (1) true God; and forces the muslim to abort and abandon their religious faith and to study and practice Christianity or suffer the loss of equal rights, benefits or help and assistance to Governmentally funded and public accessible programs and benefits;

6) The Defendants are denying and depriving the muslim clients of the right to perform five (5) daily connical prayers (Salats) and to attend or establish Islamic-faith-base religious curriculums while residing at the Salvation Army for ninety (90) or more days, and are requiring the plaintiff to attend the Christian faith-base program or be denied access to the homeless shelter and programs funded by federal funds in violation of the Religious Land Use Institutionalized Persons Act.

-4-

6) Plaintiff Washington alleges that the Defendants have maintained an anti-muslim program for many years thus have discriminated, and the disparaged the equal rights of all muslims and denied and deprived the muslim and Islamic-faith adherents of due process and the equal protection of the law, rights privileges and immunities in violation of the First and Fourteenth Amendments to the U.S constitution;

7) The Plaintiff seeks monetary damages and compensation against the Defendants for past and present religious discrimination and the denial of muslim clients to practice their faith-base religion.

## V. Requested Relief

Wherefore, Plaintiff request that the Court grants the following relief:

A. Issue a declaratory Judgment stating that: the acts, omissions and conduct of the defendants in maintaining a Christian faith-base homeless and Drug Recovery program and denial of the same or equal rights to Islamic-faith-base muslim adherents denied the Muslims due process and equal protection of the law and constituted impermissible discrimination and further unconstitutionally infringed upon the rights privileges and immunities of muslim American Citizens;

-5-

B. Issue an injunction ordering the Defendants Kent Davis, Melany Davis and Gerald Eckert and their agents and assistance to rescind and desist all discriminatory policies and practices towards the muslim and Islamic faith adherents and to provide equal rights and access to the muslim clients to fully practice all Islamic prayer services, Jumuah Friday worship (Congregation Prayers); and Taleem Services (i.e. Arabic Studies, Quranic Studies and Islamic studies or Classes for Muslims in Recovery from drug and Alcohol addictions);

C. Issue a Declaratory that the acts, omissions and conduct of the Defendants Constituted Impermissible discrimination based on religion in violation of the 1st and 14th U.S. Const. Amends.;

2. and enjoin the Defendants from repeating such acts and omissions of discrimination and disparaging the Plaintiff or the Plaintiff Classes right to the free exercise of their religion without fear of harassment, retaliation or reprisal;

D. Award punitive damages for the past and present deliberate discrimination and the right to practice Islam while at the Salvation Army of One million ($1,000,000,000) dollars

E. Grant Compensatory damages of One Million ($1,000,000,000) dollars

Respectfully Submitted
Abner L. Washington

-6-

VI. Unsworn Declaration

I, Abner Leonard Washington, aka Abdullah Taliyb Anwar Alamiyn, declare under the penalty of perjury that the foregoing claims and allegations are true and correct pursuant to 18 U.S.C. Sec. 1746

Signed and submitted on this the 11th day of June 2018

by Abner Leonard Washington
Plaintiff Pro se

*Abner L. Washington*

@ the Salvation Army Harbor light
2407 N. Main
Houston, Tx 77009

-7-